

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-12-00502-CV

**Kelly R. Ginn, Green-Span Profiles, L.P., Green-Span Management, L.L.C., Green-Span Enterprises, Inc., and BKG Investments, L.L.C.**

**v.**

**NCI Building Systems, Inc.**

NO. 0935831 IN THE 11TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 09/09/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 08/25/2015 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 07/29/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 07/03/2013 | E-PAID | APE |
| MT FEE | $10.00 | 07/03/2013 | E-PAID | APE |
| MT FEE | $10.00 | 07/03/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 07/03/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 07/03/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 07/02/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 07/02/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 06/28/2013 | E-PAID | APE |
| SUPP CLK RECORD | $2,372.00 | 05/14/2013 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 05/06/2013 | E-PAID | APE |
| MT FEE | $10.00 | 05/06/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 04/22/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 04/18/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 04/18/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 03/14/2013 | E-PAID | ANT |

| | | | | |
|---|---|---|---|---|
| E-TXGOV FEE | $5.00 | 03/14/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 02/04/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 02/04/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 02/04/2013 | E-PAID | APE |
| MT FEE | $10.00 | 01/08/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 01/08/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 11/19/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 11/08/2012 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/08/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 09/12/2012 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 09/12/2012 | E-PAID | APE |
| RPT RECORD | $1,970.00 | 08/27/2012 | PAID | ANT |
| REPORTER'S RECORD | $162.00 | 08/24/2012 | PAID | ANT |
| CLK RECORD | $3,552.00 | 06/27/2012 | PAID | ANT |
| E-TXGOV FEE | $4.00 | 06/19/2012 | E-PAID | APE |
| FILING | $175.00 | 06/01/2012 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $8,435.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this October 23, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**